```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYB 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:    (415) 436-7296
    Facsimile:    (415) 436-7234
    Benjamin.Tolkoff@usdoj.gov
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0051 WHA |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. P. 5.1 and 18 U.S.C. § 3161 |
| v. ) | |
| MARTIN ROMERO-HERNANDEZ, ) | |
| Defendant. ) | |

On February 9, 2010, the parties in this case appeared before the Court for an initial appearance. The parties requested, and the Court agreed, to set the matter for status on March 2, 2010. The parties requested and the Court ordered that the time be excluded under the speedy trial act, 18 U.S.C. § 3161(h)(7)(B)(iv), for effective preparation of counsel.

//

//

1 | The parties also agreed that the ends of justice served by granting such a continuance
2 | outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
3 | 3161(h)(7)(A).
4 | SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

8 | DATED: March 1, 2010              /s/
BENJAMIN P. TOLKOFF
9 | Assistant United States Attorney

11 | DATED: March 1, 2010              /s/
DANIEL BLANK
12 | Attorney for MARTIN ROMERO-HERNANDEZ

13 | For the reasons stated above, the Court finds that the time between February 9, 2010,
14 | through March 2, 2010, is warranted and that the ends of justice served by the continuance
15 | outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161
16 | (h)(7)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the defendant
17 | effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§
18 | 3161(h)(7)(B)(iv).

20 | SO ORDERED.

22 | DATED: March 2, 2010.

HON. WILLIAM ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup